UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
 )
       Plaintiff, ) Civil Action No. _____
v. )
 )
JOHN THOMAS FINANCIAL, ) **COMPLAINT**
 ) (Jury Trial Demand)
       Defendant. )
_____)

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race and gender and to provide appropriate relief to Veronica E. Woods who was adversely affected by such practices. As stated with greater particularity in Paragraph 7 below, the plaintiff Equal Employment Opportunity Commission alleges that the defendant, John Thomas Financial discriminated against Woods based on her race, African American, and her sex, female, by refusing to hire her for a Broker/Broker Trainee position because of her race and sex.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Wisconsin.

## PARTIES

3. The plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, the defendant, John Thomas Financial ("John Thomas"), has continuously been an independent broker dealer doing business in the State of Wisconsin and the City of Mequon, and has continuously had at least 15 employees.

5. At all relevant times, John Thomas has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

6. More than 30 days prior to the institution of this lawsuit, Veronica E. Woods ("Woods") filed a charge with the EEOC alleging violations of Title VII by John Thomas. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. On or about February 19, 2008, and continuing to the present, John Thomas has engaged in unlawful employment practices at its facility located in Mequon, Wisconsin, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. §§ 2000e-2(a)(1) by failing to hire Woods for the position of Broker/Broker Trainee because of her race, African American, and her sex, female; but instead offering positions to two unqualified white males.

8. The effect of the practices complained of in Paragraph 7 has been to deprive Woods of equal employment opportunities and otherwise adversely affect her status as an employee because of her race and sex.

9. The unlawful employment practices complained of in Paragraphs 7 above were, and are, intentional.

10. The unlawful employment practices complained of in Paragraphs 7 above were done by John Thomas with malice or with reckless indifference to the federally protected rights of Veronica Woods.

## PRAYER FOR RELIEF

Wherefore, the EEOC respectfully requests that this Court:

A. Grant a permanent injunction enjoining John Thomas and its officers, successors, and assigns, and all persons in active concert or participation with them, from engaging in discrimination based on race and/or sex.

B. Order John Thomas to implement practices, and programs which provide equal employment opportunities for African Americans and women, and which eradicate the effects of its past and present unlawful employment practices.

C. Order John Thomas to make whole Veronica E. Woods by providing appropriate back pay with pre-judgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including (but not limited to) rightful place instatement.

D. Order John Thomas to make whole Veronica E. Woods by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in Paragraph 7 above, in amounts to be determined at trial.

E. Order John Thomas to make whole Veronica E. Woods by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in Paragraph 7 above, including emotional pain, suffering, loss of enjoyment of

life, and humiliation caused by John Thomas' discriminatory treatment of her, in amounts to be determined at trial.

  F. Order John Thomas to pay Veronica E. Woods punitive damages for its malicious and reckless conduct described in Paragraph 7 above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the EEOC its costs of this action.

## JURY TRIAL DEMAND

The EEOC requests a jury trial on all questions of fact raised by its complaint.

Ronald S. Stewart
General Counsel

James L. Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

Dated: September 26, 2008

John C. Hendrickson
Regional Attorney

Dated: September 26, 2008

Jean P. Kamp
Associate Regional Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Milwaukee Area Office
310 West Wisconsin Avenue - Suite 800
Milwaukee, WI 53203-2292
(312) 353-7719

5